In re:                                               Bankruptcy Case No. **22–46413**
                                                    Bankruptcy Chapter **7**

**ARCHIMEDES INNOVATIONS, PBC DBA JUSTLIGHT PBC**
       Debtor

*SUMMONS TO ALLEGED DEBTOR IN INVOLUNTARY CASE*

To the above named alleged debtor:

A petition under title 11, United States Code was filed against you on 08/16/2022, requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

**YOU ARE SUMMONED** and required to file with the clerk of bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

**Address of Clerk**

       **Clerk, U.S. Bankruptcy Court**
       **Eastern District of Michigan**
       **211 West Fort Street**
       **Detroit, Michigan 48226**

At the same time, you must also serve a copy of the motion or answer upon the petitioner's attorney.

**Name and Address of Petitioner's Attorney**

       **Matthew Wilkins**
       **401 S. Old Woodward Ave.**
       **Suite 400**
       **Birmingham, MI 48009**

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

If you fail to respond to this summons, the order for relief will be entered

**continued caption:**    **Date Issued:**    **August 16, 2022**

**Listing Of Petitioning**

NMG INVESTMEN

GEOFF O'BRIEN

M. RYAN KENDRI

MATTHEW ZARR

ELLYN ZARRACINA, MA

/S/

**Todd M. Stickle, Clerk of Court**
**United States Bankruptcy Court**

GEORGE ADAMS, DC

DAN CARROLL

KIMBERLY HARLAN

RUSSELL C. BROWN TRUST

TRILOGY VENTURES

JAMES P. LYNCH

STRATADYNE, LLC

MARIO LOCRICCHIO

DHZ ADAMI, LLC, DC

CARTOGRAPHY INVESTMENTS, LLC, TX