# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 22-46413-LSG  
**Case Name:** ARCHIMEDES INNOVATIONS PBC  

**For Period Ending:** 01/18/2023

**Trustee Name:** (420470) Timothy J. Miller  
**Date Filed (f) or Converted (c):** 08/16/2022 (f)  
**§ 341(a) Meeting Date:** 11/22/2022  
**Claims Bar Date:** 01/11/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | bank deposits | 0.00 | 0.00 | | 2,858.76 | 0.00 |
| 2 | CHECKING ACCOUNT AT JPMORGAN CHASE BANK, N.A., XXXXXX8311 | 2,767.74 | 2,767.74 | | 0.00 | FA |
| 3 | SAVINGS ACCOUNT AT JPMORGAN CHASE BANK, N.A., XXXXXX1592 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | VENMO | 116.02 | 116.02 | | 0.00 | FA |
| 5 | PAYPAL | 0.00 | 0.00 | | 0.00 | FA |
| 6 | FINISHED GOODS: 151 SUNFLOWER DEVICES LOCATION: EYPEX CORPORATION, AUBURN HILLS, MI VALUE BASED ON ESTIMATED PRICE POINT OF $500/DEVICE., NET BOOK VALUE: $0.00 | 75,500.00 | 75,500.00 | | 0.00 | 75,500.00 |
| 7 | OTHER INVENTORY OR SUPPLIES: -200 THERAPY LAMPS ($50/PIECE = $10,000), -400 GROUNDING MATS ($20/PIECE = $8,000), 4 COMPUTER MONITORS, OFFICE SUPPLIES, AND SCIENTIFIC MATERIALS LOCATION: STORAGE UNIT VALUE ESTIMATED, DETAILS ON ATTACHED EXHIBIT A, NET BOOK VALUE: $0.00 | 18,000.00 | 18,000.00 | | 0.00 | 18,000.00 |
| 8 | OTHER INVENTORY OR SUPPLIES: TRADE SHOW MATERIALS LOCATION: STORAGE UNIT, NET BOOK VALUE: $0.00 | Unknown | Unknown | | 0.00 | Unknown |
| 9 | SCIENTIFIC EQUIPMENT, SEE ATTACHMENT EXHIBIT A. | Unknown | Unknown | | 0.00 | Unknown |
| 10 | MOLDS, TOOLING (LOCATION, VIETNAM) AND ASSEMBLY LINE EQUIPMENT (LOCATION, EYPEX) TO BUILD SUNFLOWERS LOCATION: EYPEX DEBTOR SPENT MORE THAN $228,000 TO PURCHASE, EYPEX HOLDING TITLES. | Unknown | Unknown | | 0.00 | Unknown |
| 11 | TRADEMARKS: JUSTLIGHT (NAME), JUSTLIGHT (LOGOMARK), SUNFLOWER (NAME) INQUIRED BUT NOT OBTAINED: SMART LIGHT THERAPY AND SUNFLOWER RX. | Unknown | Unknown | | 0.00 | Unknown |
| 12 | PATENTS PENDING: RAINBOW ULTRAVIOLET; SUNFLOWER & SUNFLOWER RX; HALO FORM FACTOR; WAVE LAUNDRY SYSTEM. | Unknown | Unknown | | 0.00 | Unknown |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case No.:** 22-46413-LSG  
**Case Name:** ARCHIMEDES INNOVATIONS PBC  

**Trustee Name:** (420470) Timothy J. Miller  
**Date Filed (f) or Converted (c):** 08/16/2022 (f)  
**§ 341(a) Meeting Date:** 11/22/2022  

**For Period Ending:** 01/18/2023  
**Claims Bar Date:** 01/11/2023  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | JUSTLIGHT.COM, GOODLIGHT.COM, MEDILIGHT.COM, WAVEHALO.COM, SOFTLIGHT.COM, AND VARIOUS DIGITAL MEDIA ACCOUNTS (I.E. YOUTUBE).. | Unknown | Unknown | | 0.00 | Unknown |
| 14 | WEBSITE CONTACTS (722 EMAILS). | Unknown | Unknown | | 0.00 | Unknown |
| 15 | ORLANDO PREMIER TRADE SHOW LEAD LIST; CONSUMER ELECTRONIC TRADE SHOW LEAD LIST. | Unknown | Unknown | | 0.00 | Unknown |
| 16 | TECHNOLOGY IN DEVELOPMENT: AUTOMATED IRRADIANCE MAPPING AND SUNFLOWER ECOSYSTEM. | Unknown | Unknown | | 0.00 | Unknown |
| 17 | DIGITAL FILE OF SUNFLOWER GEN 1 AND II (DESIGNS) GEN 1 HELD BY EYPEX GEN II HELD BY EAGLE EQUIPMENT INDUSTRIAL LIMITED. | Unknown | Unknown | | 0.00 | Unknown |
| 18 | IOS AND ANDROID APP FOR SUNFLOWER. | Unknown | Unknown | | 0.00 | FA |
| 19 | POTENTIAL REFUND, TAX YEAR 2021 | Unknown | Unknown | | 0.00 | Unknown |
| 20 | CLAIM AGAINST EYPEX CORPORATION, VARIOUS. AMOUNT REQUESTED: $0.00 | Unknown | Unknown | | 0.00 | Unknown |
| **20** | **Assets Totals (Excluding unknown values)** | **$96,383.76** | **$96,383.76** | | **$2,858.76** | **$93,500.00** |

**Major Activities Affecting Case Closing:**

1/16/23 settlement in progress  
01/09/2023 rule 2004 exam of Young Basile Hanlon & MacFarlane, P.C.  
11/11/2022 nine POCs filed to date  
11/11/2022 CPA employed  
10/27/2022 POC filed  
10/14/2022 section 341 meeting 11/22/2022  
09/23/2022 counsel employment application filed  

**Initial Projected Date Of Final Report (TFR):** 11/28/2023  
**Current Projected Date Of Final Report (TFR):** 11/28/2023  

01/18/2023  
Date  

/s/Timothy J. Miller  
Timothy J. Miller

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| Case No.: | 22-46413-LSG |
| Case Name: | ARCHIMEDES INNOVATIONS PBC |
| Taxpayer ID #: | **-***7237 |
| For Period Ending: | 01/18/2023 |

| | |
|---|---|
| Trustee Name: | Timothy J. Miller (420470) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******7459 Checking |
| Blanket Bond (per case limit): | $2,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/28/22 | {1} | ARCHIMEDES INNOVATIONS PBC | WIRE FROM ARCHIMEDES INNOVATIONS, | 1129-000 | 2,858.76 | | 2,858.76 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,853.76 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,848.76 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,843.76 |
| 12/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,838.76 |

**Account**

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 4 | Adjustments Out | 20.00 |
| | Subtotal | 0.00 | 0 | Transfers Out | 0.00 |
| 1 | Adjustments In | 2,858.76 | | Total | 20.00 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 2,858.76 | | | |

Page Subtotals: $2,858.76 $20.00

{ } Asset Reference(s) ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

**Case No.:** 22-46413-LSG  **Trustee Name:** Timothy J. Miller (420470)
**Case Name:** ARCHIMEDES INNOVATIONS PBC  **Bank Name:** Metropolitan Commercial Bank
**Taxpayer ID #:** **-***7237  **Account #:** ******7459 Checking
**For Period Ending:** 01/18/2023  **Blanket Bond (per case limit):** $2,000,000.00
 **Separate Bond (if applicable):** N/A

|  |  |
|---|---:|
| Net Receipts: | $2,858.76 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $2,858.76 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7459 Checking | $2,858.76 | $20.00 | $2,838.76 |
|  | **$2,858.76** | **$20.00** | **$2,838.76** |

01/18/2023                                      /s/Timothy J. Miller
Date                                                   Timothy J. Miller